# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Karen R. Trull

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                       3:04-cv-233-K

Jo Anne B. Barnhart, Commissioner
of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2005 Order.

**Signed: September 16, 2005**

Frank G. Johns, Clerk
United States District Court